**Form 154A**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

6

In re:                                                                                                      Bankruptcy Case No.: 19–22086–JAD

Chapter: 13

**Gary W. Davis Jr.**
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **August 2, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                             Michael R. Rhodes
  U.S. Bankruptcy Court                                                                              *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 5/27/19

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 19-22086-JAD
Gary W. Davis, Jr.                                                  Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: admin                  Page 1 of 1                  Date Rcvd: May 27, 2019
                               Form ID: 154A                Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db             +Gary W. Davis, Jr.,    1143 9th Street,    McKees Rocks, PA 15136-2335
15057308       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,     COLUMBUS OH 43215-4157
                 (address filed with court:   Columbia Gas,    Bankruptcy Notice,    PO Box 2318,
                 Columbus, OH 43216-2318)
15057307        Clearview Federal Credit Union,    1453 Beers School,    Coraopolis, PA 15108
15057310       +Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Re: Columbia Gas Of Pennsylvania,
                 Po Box 9004,    Renton, WA 98057-9004
15057313       +National Enterprise System,    Re: Synchrony Bank,    2479 Edison Blvd, Unit A,
                 Twinsburg, OH 44087-2476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2019 23:06:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15057306       +E-mail/Text: bankruptcy@clearviewfcu.org May 27 2019 22:44:45
                 Clearview Federal Credit Union,    Attn:Bankruptcy,    8805 University Blvd,
                 Moon Township, PA 15108-4212
15057309       +E-mail/Text: documentfiling@lciinc.com May 27 2019 22:44:41      Comcast,    PO Box 719,
                 Toledo, OH 43697-0719
15057311       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 27 2019 22:44:49
                 Credit Collection Services,    Attn: Bankruptcy/Comcast,    725 Canton St,
                 Norwood, MA 02062-2679
15057312        E-mail/Text: mrdiscen@discover.com May 27 2019 22:44:41      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
15057314       +E-mail/PDF: cbp@onemainfinancial.com May 27 2019 22:56:15       OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
15057315       +E-mail/Text: bankruptcyteam@quickenloans.com May 27 2019 22:44:47       Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
15058417       +E-mail/PDF: gecsedi@recoverycorp.com May 27 2019 22:56:09       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15057316       +E-mail/PDF: gecsedi@recoverycorp.com May 27 2019 22:56:02       Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2019 at the address(es) listed below:
          Bryan P. Keenan    on behalf of Debtor Gary W. Davis, Jr. keenan662@gmail.com,
           melindap662@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```