# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-22086-JAD |
| Gary W. Davis | ) | Chapter 13 |
| Debtor | ) | Doc No. |
| Gary W. Davis | ) | |
| Movant | ) | Motion No. WO-1 |
| v. | ) | |
| Citizen Care | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 17, 2019

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Citizens Care**, **ATTN: Payroll Manager**, 111. S. Patton Drive, Coraopolis, PA 15108
b. Gary Davis, 1143 9th Street, Pittsburgh, PA 15136

Executed on: **July 17, 2019**            **/s/Bryan P. Keenan**
                                          Bryan P. Keenan, PA ID No. 89053
                                          Bryan P. Keenan & Associates P.C.
                                          Attorney for Debtor
                                          993 Greentree Road, Suite 101
                                          Pittsburgh, PA 15220
                                          (412) 922-5116
                                          keenan662@gmail.com