# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: GARY W. DAVIS
Case Number: 19-22086-JAD    Chapter: 13
Date / Time / Room: THURSDAY, DECEMBER 05, 2019 10:00 AM   3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

### Matter:

#8 - Final Confirmation of Plan Dated 5/28/2019 (NFC)
R / M #: 8 / 0

### Appearances:

Debtor: Koenig
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*Con't for review of 11/22 plan*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/30/20 at 3:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/22/2019 9:42:22AM