Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Gary W. Davis Jr.** : Case No. 19−22086−JAD
  *Debtor(s)* : Chapter: 13
  :
  :
  :
  :
  :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 19th of December, 2022,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-22086-JAD

Gary W. Davis, Jr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Dec 19, 2022     Form ID: 309     Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary W. Davis, Jr., 1143 9th Street, McKees Rocks, PA 15136-2335 |
| 15057308 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, Bankruptcy Notice, PO Box 2318, Columbus, OH 43216-2318 |
| 15057307 | | Clearview Federal Credit Union, 1453 Beers School, Coraopolis, PA 15108 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Dec 20 2022 04:59:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15064359 | + | EDI: LCIFULLSRV | Dec 20 2022 04:59:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15057306 | + | Email/Text: bankruptcy@clearviewfcu.org | Dec 19 2022 23:57:00 | Clearview Federal Credit Union, Attn:Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15057309 | + | EDI: COMCASTCBLCENT | Dec 20 2022 04:59:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 15057310 | + | EDI: CONVERGENT.COM | Dec 20 2022 04:59:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Re: Columbia Gas Of Pennsylvania, Po Box 9004, Renton, WA 98057-9004 |
| 15057311 | + | EDI: CCS.COM | Dec 20 2022 04:59:00 | Credit Collection Services, Attn: Bankruptcy/Comcast, 725 Canton St, Norwood, MA 02062-2679 |
| 15057312 | | EDI: DISCOVER.COM | Dec 20 2022 04:59:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15061625 | | EDI: DISCOVER.COM | Dec 20 2022 04:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15094112 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 19 2022 23:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15057313 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | Dec 19 2022 23:57:00 | National Enterprise System, Re: Synchrony Bank, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 15057314 | + | EDI: AGFINANCE.COM | Dec 20 2022 04:59:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15076234 | + | EDI: AGFINANCE.COM | Dec 20 2022 04:59:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15098721 | | EDI: PRA.COM | Dec 20 2022 04:59:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15057315 | + | Email/Text: bankruptcyteam@quickenloans.com | | |

| Recip ID | Bypass | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | Dec 19 2022 23:57:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15076939 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 19 2022 23:57:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 15058417 | + | EDI: RMSC.COM | Dec 20 2022 04:59:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15057316 | + | EDI: RMSC.COM | Dec 20 2022 04:59:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans, LLC Formerly Known (FKA) as Quicken |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15117451 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022                         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Gary W. Davis Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC Formerly Known (FKA) as Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2      User: auto      Page 3 of 3
Date Rcvd: Dec 19, 2022      Form ID: 309      Total Noticed: 20

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7