**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GARY W. DAVIS, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-22086 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/24/2019 and confirmed on 07/15/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 20,029.72 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,024.72 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,175.70 | |
| Trustee Fee | 931.72 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,107.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 7692 | 0.00 | 8,716.48 | 0.00 | 8,716.48 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 7692 | 973.06 | 0.00 | 0.00 | 0.00 |
| CLEARVIEW FCU**<br>Acct: 2371 | 6,037.18 | 5,137.87 | 578.92 | 5,716.79 |
| CLEARVIEW FCU**<br>Acct: 2371 | 1,623.45 | 1,282.98 | 201.05 | 1,484.03 |
| | | | | 15,917.30 |
| Priority | | | | |
| BRYAN P KEENAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GARY W. DAVIS, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GARY W. DAVIS, JR.<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| BRYAN P KEENAN & ASSOCIATES PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 3,500.00 | 3,175.70 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8873 | | | | |
|   COMCAST | 393.53 | 0.00 | 0.00 | 0.00 |
|     Acct: 4030 | | | | |
|   DISCOVER BANK(*) | 9,037.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 7363 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F C | 9,329.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 0258 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 403.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 6532 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 104.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 0678 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 195.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 3613 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6532 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **TOTAL PAID TO CREDITORS** | | | | 15,917.30 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED         8,633.69
UNSECURED      19.463.57

Date: 01/10/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com