**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Gary W. Davis Jr.

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    19-22086 JAD

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans, LLC Formerly Known (FKA) as Quicken Loans Inc.

**Court claim no**. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 7692

**Date of payment change:**
Must be at least 21 days after date of this notice    07/01/2021

**New total payment:**    $300.66
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $159.14    New escrow payment: $176.01

### Part: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor(s) | <u>Gary</u> | <u>W.</u> | <u>Davis</u> | Case number *(if known)* <u>19-22086 JAD</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Brian C. Nicholas (Atty ID: 317240)        Date  05/24/2021
   Signature
**Print:** Brian Nicholas
   24 May 2021, 13:45:15, EDT

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>    <u>Market Street, Suite 5000</u>
         Number    Street
         Philadelphia,                    PA    19106
         City                             State    ZIP Code

Contact phone  (215) 627–1322        Email  bkgroup@kmllawgroup.com